

Entered on Docket
February 01, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BALDOMERO P. VILLA<br><br>Debtor(s). | BK-S-09-32626-MKN<br>Chapter 13<br><br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C §521(i) in that the Debtor(s) has

not filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs.

The 45 day period expired on January 15, 2010.

. . .

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is DISMISSED for the Debtor(s) failure to comply with 11 U.S.C. §521(i).

**IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount of $150.00 per quarter that case is pending.

DATED this ___ day of January, 2010.

Submitted by:

_____
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Ave., Suite 820
Las Vegas, NV 89101
Attorney for RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

###